UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| UNITED STATES DEPARTMENT OF TREASURY, ) ) ) Plaintiff, ) ) V. ) ) NATIONAL TREASURY EMPLOYEES UNION, CHAPTER 73, ) ) ) Defendant. ) | Civil Action No. 2: 25-049-DCR  **ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Plaintiff United States Department of Treasury ("Treasury") has filed a Complaint for Declaratory Relief against Defendant National Treasury Employees Union Chapter 73. [Record No. 1] The Department seeks a declaratory judgment holding that it has the authority to rescind or repudiate certain collective bargaining agreements entered by the Biden administration. *Id.* at ¶¶ 9, 32. On March 27, 2025, President Donald J. Trump signed an Executive Order entitled, *Exclusions from Federal Labor-Management Relations Program*. *Id.* at ¶ 22. Treasury contends that it is unable to fully effectuate this Executive Order without rescinding or repudiating these agreements. *See id.* at ¶ 58.

Being sufficiently advised, it is hereby

**ORDERED** that Treasury's Complaint for Declaratory Relief is scheduled for oral argument on **Friday, April 25, 2025**, beginning at the hour of **9:00 a.m.**, at the United States Courthouse in **Lexington, Kentucky**.

Dated: April 2, 2025.

                                                   <u>Danny C. Reeves, District Judge</u>
                                                   United States District Court
                                                   Eastern District of Kentucky