**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION** *at Covington*
(***Electronically Filed***)

=======================================X
UNITED STATES DEPARTMENT OF TREASURY,

       *Plaintiff*,

v.

NATIONAL TREASURY EMPLOYEES UNION CHAPTER 73,

       *Defendant*.
=======================================X

CIVIL ACTION NO.:
2:25-cv-00049-DCR

## **MOTION TO CONTINUE ORAL ARGUMENT AND SET BRIEFING SCHEDULE**

**COMES NOW** the Defendant, NATIONAL TREASURY EMPLOYEES UNION CHAPTER 73 ("Chapter 73"), by counsel, and hereby moves this Court to continue the oral argument scheduled for Friday, April 25, 2025, set by this Court's ORDER (ECF No. 4), and to enter a briefing schedule, as follows:

    May 2, 2025: Deadline for Chapter 73 to file its Motion to Dismiss

    May 16, 2025: Deadline for Plaintiff, UNITED STATES DEPARTMENT OF TREASURY ("Treasury") to file its Response;

    May 23, 2025: Deadline for Chapter 73 to file a Reply

If Chapter 73's Motion to Dismiss is denied, the Parties shall file cross-motions for summary judgment on or before June 16, 2025. The Parties shall file

responses to the cross-motions for summary judgment on or before June 30, 2025. The Parties may file replies to the Parties' responses on or before July 7, 2025.

The grounds and legal authority for this Motion are delineated with greater specificity in the attached Memorandum of Authority.

**WHEREFORE**, Chapter 73 respectfully requests this Honorable Court to enter a Proposed Order continuing the oral argument scheduled for Friday, April 25, 2025, and setting the briefing schedule proposed above.

Dated: April 14, 2025　　　　Respectfully submitted,
Louisville, Kentucky

　　　　　　　　　　　　　　/s/ Peter J. Jannace
　　　　　　　　　　　　　　Peter J. Jannace (KY 95964)
　　　　　　　　　　　　　　HERZFELD, SUETHOLZ, GASTEL LENISKI and WALL, PLLC
　　　　　　　　　　　　　　515 Park Avenue
　　　　　　　　　　　　　　Louisville, Kentucky 40208
　　　　　　　　　　　　　　Phone: (502) 636-4333
　　　　　　　　　　　　　　peter@hsglawgroup.com

　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that on the 14th day of April, 2025, a true and complete copy of the foregoing was electronically filed by using the CM/ECF system, which will generate copies to all counsel of record (no pro se parties). It is hereby further certified that the undersigned is unaware of any non-CM/ECF participants. Filing via CM/ECF will send a notification of electronic filing to the following: Hon. Byron N. Miller, Hon. Adam Shadburne, Hon. Emily Hall, Counsel to the Assistant Attorney General, Civil Division, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530, emily.hall@usdoj.gov, *Counsel for Plaintiff*.

　　　　　　　　　　　　　　*/s/ Peter J. Jannace*
　　　　　　　　　　　　　　COUNSEL FOR Chapter 73

4925-4304-4149, v. 10