UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF TREASURY, | ) ) ) | Civil Action No. 2: 25-049-DCR |
| Plaintiff, | ) ) | |
| V. | ) ) | |
| NATIONAL TREASURY EMPLOYEES UNION, CHAPTER 73, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Defendant National Treasury Employees Union Chapter 73 ("Chapter 73") has filed a motion to continue the hearing set for April 25, 2025. [Record No. 7] Counsel notes that Chapter 73 has yet to be properly served and requests additional preparation time. [Record No. 7-1 at 1, 7] Counsel indicates that he has several preexisting obligations that necessitate his involvement over the coming weeks. *Id.* at 7–8. However, based on counsel's affidavit, the hearing was set by the Court *before* he accepted the case. [*Compare* Record No. 7-2 at ¶ 3 *with* Record No. 4.] Therefore, counsel had notice of the hearing and could have declined representation if his upcoming schedule was incompatible with the one set in this matter.

After first attempting to reach an agreed schedule with the Plaintiff United States Department of Treasury ("Treasury"), counsel now proposes a briefing schedule that would allow Chapter 73 to submit a motion to dismiss and allow the parties to file motions for summary judgment before any hearing would take place. [Record No. 7] Under Chapter 73's proposed schedule, briefing would not close until July 7, 2025. *Id.* The Treasury opposes the

- 2 -

continuance and the proposed briefing schedule and wishes to proceed with the April 25th hearing on its Complaint for Declaratory Relief. [Record No. 7-1 at 4] Accordingly, it is hereby

**ORDERED** that Chapter 73's motion for a continuance [Record No. 7] is **DENIED**.

Dated: April 15, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky