# Exhibit 2

**Declaration of Trevor Norris (April 18, 2025)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO.:  2:25-49-DCR

UNITED STATES DEPARTMENT OF TREASURY                              PLAINTIFF

VS.                    **DECLARATION OF TREVOR NORRIS**

NATIONAL TREASURY EMPLOYEES                                        DEFENDANT
CHAPTER 73

*** *** *** *** ***

I, Trevor Norris, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am Deputy Assistant Secretary ("DAS") for Human Resources ("HR") for the United States Department of the Treasury, headquartered in Washington, D.C.  I have served in this position since September 2017, and at the Department of Treasury since 2016.  As DAS for HR, I oversee all human capital programs for the Department of the Treasury and its bureaus (collectively, "Treasury").

2.  I am familiar with the complaint filed in the above-captioned matter regarding Executive Order 14,251, *Exclusions from Federal Labor-Management Relations Programs* (the "Executive Order").  Based on personal knowledge and information provided to me in the course of my official duties, I provide this declaration in support of Plaintiff's motion for summary judgment.

3.  I have reviewed the Executive Order and the March 27, 2025 guidance issued by the Office of Personnel Management entitled "Guidance on Executive Order *Exclusions from Federal Labor Management Relations Program*."  I have also reviewed a Frequently Asked

1

Questions ("FAQs") document that the Chief Human Capital Officers Council ("CHCOC") shared with federal agency chief human capital officers ("CHCOs") on April 8, 2025.

4. The Executive Order covers Treasury as a whole, and with the exceptions stated therein, excludes all Treasury subdivisions apart from Bureau of Engraving and Printing ("BEP") from coverage under chapter 71 of title 5, United States Code.

5. Treasury's "mission is to maintain a strong economy and create economic and job opportunities by promoting the conditions that enable economic growth and stability at home and abroad, strengthen national security by combating threats and protecting the integrity of the financial system, and manage the U.S. Government's finances and resources effectively." U.S. Dep't of the Treasury, Role of the Treasury, https://home.treasury.gov/about/general-information/role-of-the-treasury. Put simply, Treasury exists to promote the economic and productive strength of the United States.

6. The Internal Revenue Service ("IRS") is a subdivision of Treasury that is covered by the Executive Order. The IRS is tasked with collecting almost all Federal revenues. IRS tax collections fund almost everything the Federal Government does, including America's military and national security functions. In addition to playing a critical role in supporting the government's national security apparatus, IRS has an investigative role and duty to audit tax filings.

7. The National Treasury Employees Union ("NTEU") is a federal labor union representing employees of the IRS and other federal agencies. NTEU has local chapters across the country, including Defendant NTEU Chapter 73. The local chapters negotiate local-level agreements, enforce within their geographical areas any applicable national or local agreements, and serve as the primary point of contact for members within their specific bargaining units.

8. The following Treasury bureaus (i.e., subdivisions) have collective bargaining

2

agreements ("CBAs") with NTEU or its affiliates: Departmental Offices; Bureau of the Fiscal Service; IRS; IRS Office of Chief Counsel; Office of the Comptroller of the Currency; and Alcohol and Tobacco Tax and Trade Bureau.[1]

9. Consistent with the guidance in the CHCOC FAQs document, Treasury has not terminated CBAs pursuant to EO 14251.

10. It is important that Treasury have the latitude to swiftly implement changes to its policies to fit its changing needs, particularly considering its national security purpose and the Administration's priorities.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2025.

John T. Norris
Digitally signed by John T. Norris
Date: 2025.04.18 20:17:43 -04'00'

J. TREVOR NORRIS

---

[1] Another Treasury subdivision—BEP—has a CBA with NTEU or its affiliates but is not covered by the Executive Order as noted above in paragraph 4.