UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO.: 2: 25-049-DCR

UNITED STATES DEPARTMENT OF TREASURY                    PLAINTIFF

VS.                          **[Proposed] ORDER**

NATIONAL TREASURY EMPLOYEES
UNION CHAPTER 73                                        DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

The Court, having reviewed the record and being otherwise sufficiently advised, GRANTS

Plaintiff United States Department of Treasury's motion and enters summary judgment.

The Court finds and declares that Plaintiff the United States Department of Treasury is

authorized to terminate its CBAs pursuant to Executive Order 14,251.