# EXHIBIT A
## TO
## Defendant's Motion for Summary Judgment

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION *at Covington*
(***Electronically Filed***)

======================================X
UNITED STATES DEPARTMENT OF TREASURY,

                *Plaintiff*,

v.

NATIONAL TREASURY EMPLOYEES UNION CHAPTER 73,

                *Defendant*.
======================================X

CIVIL ACTION NO.:
2:25-cv-00049-DCR

# DECLARATION OF JULIE M. WILSON

Pursuant to 28 U.S.C. § 1746, I, Julie M. Wilson, declare and state as follows:

1. I am over 18 years of age.

2. I am admitted *pro hac vice* in this Court, and am one of the attorneys representing the Defendant, NATIONAL TREASURY EMPLOYEES UNION CHAPTER 73 ("Chapter 73"), in the above captioned matter.

3. I submit this declaration solely in support of Chapter 73's contemporaneously filed MOTION FOR SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION OR ALTERNATIVELY DISMISSAL FOR INAPPROPRIATE REQUEST FOR DECLARATORY RELIEF (Chapter 73's "Motion").

4. President Donald J. Trump issued an Executive Order titled

-1-

*Exclusions from Federal Labor-Management Relations Programs* on the evening of March 27, 2025. I learned about the Executive Order, the Office of Personnel Management's implementing guidance, and the White House Fact Sheet on the Executive Order on that same night. These documents are attached hereto as **Exhibits 1 ("Executive Order"), 2 ("Guidance"), and 3 ("Fact Sheet").**

5. Attached hereto as **Exhibit 4** to this Declaration is a true and complete copy of the Complaint for Declaratory and Injunctive Relief filed in response to the Executive Order, by the National Treasury Employees Union ("NTEU") on March 31, 2025, in the U.S. District Court for the District of Columbia. *NTEU v. Trump et al.*, Case No. 1:25-cv-935 (D.D.C.) (the "D.C. Action").

6. Attached hereto as **Exhibit 5** to this Declaration is a true and complete copy of the Motion for Preliminary Injunction and Memorandum in Support ("PI Motion") filed by NTEU on April 4, 2025, in the D.C. Action.

7. Attached hereto as **Exhibit 6** to this Declaration is a true and complete copy of the government's Opposition to NTEU's PI Motion filed the government on April 11, 2025, in the D.C. Action.

8. Attached hereto as **Exhibit 7** to this Declaration is a true and complete copy of the Reply in Support of NTEU's PI Motion filed by NTEU on April 16, 2025, in the D.C. Action.

9. Attached hereto as **Exhibit 8** to this Declaration is a true and complete copy of the Order filed on April 4, 2025, by Judge Paul Friedman in the D.C. Action, *sua sponte*, setting the NTEU's Motion for Preliminary Injunction for

oral argument on April 23, 2025, at 10:00 a.m.

10. In his April 4 Order, Judge Friedman directed the parties to meet and confer about briefing dates related to NTEU's PI motion. After considering the parties' position on briefing dates, Judge Friedman then adopted the shorter schedule reflected in the documents at ¶¶ 7, 8. He did not, however, seek any input from the parties prior to scheduling the April 23 oral argument.

11. On March 31, 2025, NTEU became aware that Plaintiff UNITED STATES DEPARTMENT OF TREASURY had filed a complaint against its local, Chapter 73, in this Court. NTEU learned about the Treasury Department's complaint through a court tracker notice that NTEU's Office of General Counsel uses to monitor cases affecting NTEU.

12. Given the size and scope of the NTEU complaint, it obviously was not filed in response to the Treasury Department's suit in this Court.

13. On April 2, 2025, this Court set oral argument in this matter for April 25. NTEU learned about Judge Reeves's Order through a court tracker notice that NTEU's Office of General Counsel uses to monitor cases affecting NTEU.

14. Although it was not a named party to the case, and the named defendant, Chapter 73, had not yet been served, less than a week later (on April 8, 2025), NTEU retained local counsel licensed to practice in this Court.

15. Chapter 73 notified NTEU that it was served on April 17, 2025.

16. Except for oral argument, NTEU's PI Motion was filed, briefed and set for argument all before Chapter 73 had been served the Complaint in this matter.

17. Attached hereto as **Exhibit 9** to this Declaration is a true and complete copy of the U.S. Department of Justice, Office of Public Affairs's March 28, 2025, Press Release titled: *The Department of Justice Announces Affirmative Litigation Against the American Federation of Government Employees to Protect National Security*, available online at https://www.justice.gov/opa/pr/department-justice-announces-affirmative-litigation-against-american-federation-government.

18. Declarant further sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/23/25

JULIE M. WILSON